HUGH B. PIERCE, Respondent, v. WILLARD ROWLANDS, Appellant, and Others, Defendants.— Judgment and order reversed on the facts and a new trial granted to appellant, with costs to abide the event unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $494 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is affirmed, together with the order, without costs of this appeal to either party. All concur.

MARY ELIZABETH PIERCE, an Infant, etc., Respondent, v. WILLARD ROWLANDS, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. All concur.

ROMANO DEGLIEQUI, Appellant, v. BERO ENGINEERING CONSTRUCTION CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar, in the Seventh Judicial District.— William S. Elder, Esq., of Auburn, is appointed in place of Fred A. Robbins, Esq., of Hornell, whose resignation has been received and accepted.

THOMAS BOYLAN, Respondent, v. VERONICA G. BOYLAN VOGEL and Another, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint as to the defendants Vogel granted, with ten dollars costs. Memorandum: The order dissolving the marriage is a complete bar to this action for damages. Therefore, no damages can be obtained while this order stands. All concur. [147 Misc. 554.]

In the Matter of the Dissolution of SHORE GAS COMPANY, INCORPORATED, Pursuant to Article 10 of the Stock Corporation Law.— Order affirmed, with costs. All concur.

CORTLAND SAVINGS BANK, Respondent, v. THE BUFFALO SLAG COMPANY, INCORPORATED, Appellant; CHRISTIAN RENTSCHLER and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. All concur.

FRED L. MANNING, Respondent, v. DALE ENGINEERING COMPANY, Defendant, and BRYAN W. HUSTED, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. [See ante, p. 749.]